PROB 12
(Rev. 10/93)

# United States District Court

for the

### Eastern District of Pennsylvania

December 2, 2025

U.S.A. vs. Mario Cedeno-Roman, Jr.　　　　　　　　　　　　Case No. 5:16CR000409-002

## VIOLATION OF SUPERVISED RELEASE

　　　　COMES NOW Jason W. Fury U.S. PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Mario Cedeno-Roman, Jr., who was placed on supervised release by The Honorable Joseph F. Leeson, Jr., sitting in the Court at Allentown, PA, on the 2nd day of November 2017, who fixed the period of supervision at three years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

| | |
|---|---|
| ORIGINAL OFFENSE: | Bank robbery, aiding and abetting (Count One). |
| ORIGINAL SENTENCE: | The defendant was sentenced to a term of imprisonment of 63 months, to be followed by a three-year term of supervised release. A $100 special assessment was also imposed. |
| SPECIAL CONDITIONS: | 1) The defendant shall participate in a mental health program for evaluation or treatment and abide by the rules of any such program until satisfactorily discharged; 2) The defendant shall refrain from the illegal possession or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall participate in drug treatment and abide by the rules of any such program until satisfactorily discharged; 3) The defendant shall provide the U.S. Probation Office with full disclosure of his financial records to include yearly income tax returns upon request of the U.S. Probation Office. The defendant shall cooperate with the probation officer in the investigation of his financial dealings and shall provide truthful monthly statements of his income; 4) The defendant is prohibited from incurring any new credit charges or opening additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with the payment schedule for his restitution obligation or otherwise has the express approval of the Court; 5) The defendant shall notify the U.S. Attorney for this district within thirty days of any change of mailing address or residence that occurs while any portion of the restitution remains unpaid; 6) If the defendant has not obtained his GED |

RE: Mario Cedeno-Roman, Jr.  
Case No. 5:16CR000409-002

by the time of his release from imprisonment, he shall obtain his GED during the supervised release period; and 7) the defendant shall pay a special assessment of $100.00 and restitution of $11,659.00, payable in monthly installments of $100 to commence 30 days after release from confinement. It was further ordered that restitution was joint and several with the codefendants in this case.

| | |
|---|---|
| MODIFICATION OF CONDITIONS: | On August 18, 2025, the Court ordered that the terms of supervision be modified to include 25 hours of community service pursuant to the defendant pleading guilty to harassment in York County, Pennsylvania, on July 16, 2025. |
| DATE SUPERVISION COMMENCED: | May 17, 2023 |
| DATE SUPERVISION TERMINATES: | May 16, 2026 |

The above probation officer has reason to believe that the supervised releasee has violated the terms and conditions of their supervision under such circumstances as may warrant revocation. These conditions are:

A. Standard Condition: While on supervised release you shall not commit another federal, state or local crime.

On December 2, 2025, the probation officer was notified that the defendant was arrested by the York City Police Department (York, Pennsylvania) on December 1, 2025, charged with burglary, possession of marijuana, possession of a controlled substance, public drunkenness, disorderly conduct, harassment, simple assault, aggravated assault, and criminal mischief. The defendant was remanded to the York County Prison on $125,000 bail.

According to the criminal complaint and affidavit of probable cause that was filed in the matter, it is alleged that on December 1, 2025, the defendant kicked in the door of a residence in York, Pennsylvania, claiming he was looking for an individual named "Eddie" that owed him money. While in the residence, the defendant reportedly struck two individuals with a piece of a broken door frame, and a third individual reported that the defendant struck her with a mop. Charging documents indicate that the residence was "overturned" as a result of the incident. A search of the defendant revealed a bag containing smaller baggies of suspected crack cocaine, as well as a baggie of marijuana.

**GRADE OF VIOLATION** <u>A</u>

RE: Mario Cedeno-Roman, Jr.
Case No. 5:16CR000409-002

    B.    <u>Standard Condition:</u> While on supervised release you shall not commit another federal, state or local crime.

On October 16, 2025, the Court was notified via Report on Offender that the defendant was charged with summary harassment in York County, Pennsylvania, before District Justice Joel N. Toluba. The defendant pleaded not guilty in this matter, and it is pending before the local magistrate. The charges stem from an alleged verbal altercation between the defendant and the defendant's girlfriend's neighbor over damaged Halloween decorations.

**GRADE OF VIOLATION**     **<u>C</u>**

PRAYING THAT THE COURT WILL ORDER... **THE ISSUANCE OF A WARRANT TO BE LODGED AS A DETAINER AND FOR THE NAMED SUPERVISED RELEASEE BE ARRESTED AND BROUGHT BEFORE THE COURT FOR A REVOCATION HEARING.**

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully,

*James E. Dirzulaitis*

James E. Dirzulaitis
Supervising U.S. Probation Officer
Place: <u>Reading, PA</u>
Date:  <u>December 2, 2025</u>

JWF

cc: Assistant U.S. Attorney
    Defense Attorney
    U.S. Marshal's - Warrant Squad

**ORDER OF THE COURT**

Considered and ordered this <u> 2nd </u> day of <u> December </u>, 2025, and ordered filed and made part of the records in the above case.

<u>/s/ Joseph F. Leeson, Jr.</u>
U.S. District Court Judge

**INFORMATION SHEET FOR REVOCATION OF SUPERVISION**

| | | |
|---|---|---|
| **United States of America** | ) | Case No. 5:16CR000409-002 |
| vs. | ) | |
| Mario Cedeno-Roman, Jr. | ) | |

Defendant's last known Address and Telephone Number:

901 West King Street
2nd Floor
York, PA
717-893-1776

Defendant is in custody at:

York County Prison
3400 Concord Road
York, PA 17402
717-771-9944/9576

Defendant's last known Counsel, Address and Telephone Number:

Brian J. Zeiger, Esquire
Two Penn Center
Suite 260
1500 John F. Kennedy Blvd.
Philadelphia, PA 19102
215-825-5183
zeiger@levinzeiger.com
*CJA Appointment*

Assistant U.S. Attorney:

Mark S. Miller, Esquire
615 Chestnut Street
Suite 1250
Philadelphia, PA 19106
215-861-8357
mark.miller6@usdoj.gov

*James E. Dirzulaitis*
for Jason W. Fury
U.S. Probation Officer
Telephone No. 610-320-5169